UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Craig B. Shaffer                                    Laura Blunkall

United States Magistrate Judge                      Deputy Clerk

Case Number: 07-cr-00172-EWN                        FTR CBS AM

February 25, 2008


UNITED STATES OF AMERICA                            Greg Rhodes

     v.

COURTNEY MCCOY                                       Martha Eskesen

---

## MOTION HEARING

Court in Session: 10:22 am

Court calls case and appearances of counsel.

Defense makes oral motion to withdraw motion to review detention order
and confinement location.

**ORDERED:** Oral motion to withdraw motion to review detention order and
confinement location (925) is granted.  Motion (925) to review detention
order and confinement location is withdrawn without prejudice.
.
**ORDERED:** Defendant remanded to the custody of the United States
Marshal.

Court in recess: 10:23 am

Total time in court: 1  minute

Hearing concluded.