# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes          Date: January 16, 2009
Court Reporter: Darlene Martinez
Probation Officer: Kurt Thoene

---

Criminal Action No. 07-cr-00172-CMA-19

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
|     Plaintiff, | |
| v. | |
| 19. COURTNERY MCCOY, | Martha Eskesen |
|     a/k/a "Stay," | |
|     a/k/a "Big Stay," | |
|     Defendant. | |

---

## SENTENCING MINUTES
---

**2:35 p.m.     Court in session**.

Defendant present in custody.

Also present: FBI Agent Todd Wilcox and defendant's investigator Anthony Merlo.

Change of Plea Hearing:  March 6, 2008.

Defendant plead guilty to Counts One and Two of the Superseding Indictment and confessed Count One Hundred Two, the forfeiture count.

The Government, defense counsel, and defendant were given an opportunity to make

statements before sentencing.

**ORDER:** Government's Motion for Downward Departure Based on Substantial Assistance **(1362)** is **granted**.

**ORDER:** Government's Motion and Notice of Sentencing Factors **(1366)** is **granted**.

**ORDER:** Government's Rule 48 Motion to Dismiss Remaining Charges as to Defendant Courtney McCoy Only **(1367)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:08 p.m.    Court in recess/hearing concluded**.

Total in-court time: 00:33